COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.; Shearn, J., dissented and voted to modify the judgment by reducing same to $525.95, and as so modified to affirm.

HARRY JENKINS, Respondent, v. M. R. WILLIAMS & COMPANY, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Dowliug, Laughlin, Smith, Page and Shearn, JJ.

CORNELIA DUGAS, as Administratrix, etc., Respondent, v. BASHWITZ BROTHERS & COMPANY, INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce judgment as entered to $13,175 with interest and costs; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.; Dowling and Smith, JJ., dissented and voted for reversal and new trial.

FREDERICK HORN, an Infant, by FREDERICK HORN, His Guardian ad Litem, Respondent, v. FRANK SILINSKY, Appellant.— Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

CORA B. RUTHERFURD, Respondent, v. BROWN BROTHERS, INC., Owners and Builders, and Others, Impleaded with ERIE BASIN IMPROVEMENT COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present,— Dowling, Laughlin, Smith, Page and Shearn, JJ.

CORA B. RUTHERFURD, Respondent, v. BROWN BROTHERS, INC., Owners and Builders, and Others, Impleaded with ERIE BASIN IMPROVEMENT COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

UNITED PICTURE THEATRES OF AMERICA, INC., Respondent, v. CHALMERS PUBLISHING COMPANY, Appellant.— Order modified by providing that defendant have leave to withdraw demurrer, and as so modified affirmed, with ten dollars costs and disbursements to respondent, with leave to defendant to withdraw demurrer and to answer in ten days on payment of said costs and ten dollars costs awarded at Special Term. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

GUSSIE SLOMAN, as Administratrix, etc., Respondent, v. ISRAEL FINKELSTEIN, Doing Business under the Firm Name and Style of FINKELSTEIN SKIRT COMPANY, Appellant. (Actions Nos. 1 and 3.) — Judgment and order reversed and new trial ordered, with costs to appellant to abide event unless plaintiff stipulates to reduce judgment by deducting thirty dollars and forty-one cents therefrom, in which event the judgment as so modified and the order appealed from are affirmed, with costs to the respondent. No opinion. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

In the Matter of LEONARD A. SNITKIN, an Attorney.— Application granted. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.